Thomas D. Bielli, Esquire
O'Kelly Ernst & Bielli, LLC
1600 Market Street, 25th Floor
Philadelphia, PA 19103
Telephone: (215) 543-7182
Facsimile: (215) 525-9648
tbielli@oeblegal.com

*Counsel for Kaleil Isaza Tuzman*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| KIT Digital, Inc., | Case No. 13-11298 (REG) |
| Debtor. | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Thomas D. Bielli, Esquire, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Kaleil Isaza Tuzman, a creditor in the above-referenced case.

I certify that I am a member in good standing of the bar in the Commonwealth of Pennsylvania. I am a member of the bar of the United States District Court for the Eastern District of Pennsylvania.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

                                                    Respectfully submitted,

                                                    **O'KELLY ERNST & BIELLI, LLC**

Dated: April 30, 2013                          */s/ Thomas D. Bielli*
       Philadelphia, Pennsylvania        Thomas D. Bielli
                                                  O'Kelly Ernst & Bielli, LLC
                                                  1600 Market Street, 25th Floor
                                                  Philadelphia, PA 19103
                                                  Telephone: (215) 543-7182
                                                  Facsimile: (215) 525-9648
                                                  tbielli@oeblegal.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>KIT Digital, Inc.,<br><br>　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 13-11298 (REG) |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Thomas D. Bielli, Esquire, to be admitted *pro hac vice*, to represent Kaleil Isaza Tuzman, (the "Client") a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of Commonwealth of Pennsylvania and the bar of the United States District Court for the Eastern District of Pennsylvania, it is hereby

**ORDERED**, that Thomas D. Bielli, Esquire, is admitted to practice, *pro hac vice,* in the above-referenced case to represent the client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
　　　　_____, New York　　　　/s/ _____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE