George F. Meierhofer, Esquire
Kaufman Dolowich Voluck & Gonzo
100 William Street, Suite 215
New York, NY 10038
Telephone: (212) 485-9600
Facsimile: (212) 485-9700
gmeierhofer@kdvglaw.com

*Counsel for Kaleil Isaza Tuzman*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>KIT Digital, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 13-11298 (REG) |

### ENTRY OF APPEARANCE, REQUEST FOR NOTICE
### AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rules 9010(b) and 2002(g) and (i), the undersigned hereby appears on behalf of Kaleil Isaza Tuzman and requests that a copy of all notices given and all papers (including pleadings, motions, applications, orders and reports) served or filed in this case, be served upon the undersigned at the following address and facsimile number:

> George F. Meierhofer, Esquire
> Kaufman Dolowich Voluck & Gonzo
> 100 William Street, Suite 215
> New York, NY 10038
> Telephone: (212) 485-9600
> Facsimile: (212) 485-9700
> gmeierhofer@kdvglaw.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or

demand, and any statement of affairs, operating report, or schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that is filed in connection with the above-referenced chapter 11 case and proceedings therein.

Neither this Entry of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) any right to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (ii) any right to a jury trial in any proceedings so triable herein, or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**KAUFMAN DOLOWICH VOLUCK & GONZO**

Dated: April 30, 2013
New York, New York

*/s/ George F. Meierhofer*
George F. Meierhofer, Esquire
Kaufman Dolowich Voluck & Gonzo
100 William Street, Suite 215
New York, NY 10038
Telephone: (212) 485-9600
Facsimile: (212) 485-9700
gmeierhofer@kdvglaw.com

*Attorney for Kaleil Isaza Tuzman*