David M. Klauder, Esquire
Thomas D. Bielli, Esquire
O'Kelly Ernst & Bielli, LLC
901 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 778-4000
Facsimile: (302) 295-2873
dklauder@oeblegal.com
tbielli@oeblegal.com

*Counsel for Kaleil Isaza Tuzman*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>KIT Digital, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 13-11298 (REG) |

## ENTRY OF APPEARANCE, REQUEST FOR NOTICE
## AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rules 9010(b) and 2002(g) and (i), the undersigned hereby appears on behalf of Kaleil Isaza Tuzman and requests that a copy of all notices given and all papers (including pleadings, motions, applications, orders and reports) served or filed in this case, be served upon the undersigned at the following address:

> David M. Klauder, Esquire
> O'Kelly Ernst & Bielli, LLC
> 901 N. Market Street, Suite 1000
> Wilmington, DE 19801
> Telephone: (302) 778-4000
> Facsimile: (302) 295-2873
> dklauder@oeblegal.com
>
> and

Thomas D. Bielli, Esquire
O'Kelly Ernst & Bielli, LLC
1600 Market Street, 25th Floor
Philadelphia, PA 19103
Telephone: (215) 543-7182
Facsimile: (215) 525-9648
tbielli@oeblegal.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, and any statement of affairs, operating report, or schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that is filed in connection with the above-referenced chapter 11 case and proceedings therein.

Neither this Entry of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) any right to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (ii) any right to a jury trial in any proceedings so triable herein, or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

|  |  |
|---|---|
|  | **O'KELLY ERNST & BIELLI, LLC** |
| Dated: April 30, 2013<br>Wilmington, Delaware | */s/ David M. Klauder*<br>David M. Klauder, Esquire<br>O'Kelly Ernst & Bielli, LLC<br>901 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 778-4000<br>Facsimile: (302) 295-2873<br>dklauder@oeblegal.com |
|  | and |
|  | Thomas D. Bielli, Esquire<br>O'Kelly Ernst & Bielli, LLC<br>1600 Market Street, 25th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 543-7182<br>Facsimile: (215) 525-9648<br>tbielli@oeblegal.com |
|  | *Attorneys for Kaleil Isaza Tuzman* |